IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BAILEE HAMMANN,

Plaintiff,

v.

SKYFAIR, INC. and
RUEBEL ADVENTURES, INC.,

Defendants.

Case No. 24-cv-2057 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/23/2024**       MONICA A. STUMP, Clerk of Court

                            s/ Tina Gray, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**